# IN THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT FOR THE STATE OF ALABAMA

UNDER THE FEDERAL TORT CLAIMS ACT Title 28 USC § 1346(b) 1402(b)

MARK DAVID ARCHER Pro Se
PLAINTIFF

v.

Cedric Specks, Asst. Warden
DEWAYN ESTES WARDEN ST CLAIR CF
RESPONDENT
COOKIE GRAHAM CAPTAIN POPULATION
SPERVISOR 1st SHIFT / Kevin White, Captn.
Kevin White

**COMPLAINT**

4:18-cv-01368-VEH-SGC

Jury Trial Expected, Requested

## I. JURISDICTION AND VENUE

Comes now Your Plaintiff in a civil action authorized by 42 USC Section 1983 to redress The deprivation under Color of State Law of rights secured By The Constitution of the United States. The Court has Jurisdiction under 28 USC section 1331 and 1343 (a)(3). Plaintiff seeks Compensatory Damages as well as Punitive Damages because as the records will show and the witnesses will show, Your Plaintiff has suffered extensive damage to his mouth, nose, and Lower Back suffered while being Beaten unconscience and having to be rushed by LIFE SAVER Ambulence To UAB Hospitals Trama unit. The DISTRICT Court of The UNITED STATES TO Address PLAINTIFFS Tort Claim is also Athorized by USC § 1391 (b)(2) and 1346.

You Plaintiff also request Compensation for Loss of ALL Plaintiffs Property, under 31 USC § 3723 (a)(1). During and After The Assault and Battery of Plaintiff Everything owned, EVERYTHING! Clothes HYGENE FAMILY Pictures As well as An entire Store Draw ($7.00) Radio and HeadPhones Tennis Shoes And a Pair of RED WING Work Boots Being Stored in Plastic wrap from The LAST TIME Inmates were Allowed to receive Boots from our families Through The "Package from Home".

## II. PLAINTIFFS

Plaintiff Mark David Archer 150999 is and was at all Times mentioned Herein a Prisoner of the State of Alabama Department of Corrections. He is currently confined in St Clair Correctional Facility, Springville Alabama 35146, in The segregat

STAE OF ALABAMA
ST. Clair County

Mark David Archer
150999
1000 ST Clair Rd D-6
Springville, AL 35146

## AFFIDAVIT

Before me the undersigned Notary Public Personally Appeared Mark David Archer, who being known to me and being Duly Sworn Deposes and says as follows.

My Name is Mark David Archer and I am well over the Age of Majority and competent to testify to these facts in any court of Law. My first Appology is I, being Locked down in St Clairs Segregation Unit it is relatively impossible to send Any other copy but original. If you would be so kind as to make the other copies for me, Im sure it is less then .50 a copy the Prison charges. Next And most importly is that All the Contents of this Brief Are True And can be Proven by Simply Ordering All my medical Records from Not only St. Clair But most importantly the surgical Records from UAB Trama Unit. I hereby Give my Total Permission To have any and all Records Confiscated by this Honorable Court. I Almost Died That night and The Perpertrators Did NoT so much as receive a Behavior Report..

I Again further Request that All my Property aspecially The Pair of Wolverine Work Boot I so Miticulusly Maintained. I Don't own so much as a sorry Pair of STATE, Chinees Made Tourture Boots. I did Absolutely Nothin that Brought on Visious Attack But I would Also Again ask This Court to have me Taken Back to UAB To have All my Lost Teeth Replaced, Respectfully Submitted.

segregation Unit Protective Costody. What that means is AGAIST my Will. Im Now relagated to a one man cell unable to even research Properly Because I cannot Go To our law library and they rarely come over here.

Defendant Dewayn Estese is the warden at St. Clair Correctional facility in the State of Alabama Department of Corrections and is legally responsible for the overall operation of This Prison and The supervision of its Staff. St Clair Correctional Facility where your Plaintiff is house has woefully and Unlawfully been operating This maximum Security on less then 25% of the officers required by Law to Operate a Institution of this size and capacity. He is being Sued in his Individual And Official Capacities.

Cookie Graham is a Captain of the First Shift security Staff. She was responsible for The bed Assinanment of The Plaintiff. For NO Know reason on Febuary 8TH 2018 A Captain of the Guard, actually reassigned your Plaintiff from a work block where your Plaintiff had been living Peacefully with other Inmates of not only his Age Group (your Plaintiff is 59 years old) but with Inmates known to him for An extended amount of Years. to a transient block with Inmates so uncontrolable and dangerous they were all transfered from Holman Prison as a Group to seporate Them from their Population. This block was known to be OFF Limits to the existing Population. Neither were they Allowed to be moved to Any Population block other then L-Block and no existing Inmate Living in Population was allowd to be moved to L-Block. She is being sued in her Official and Individual Capacity. I For One would Surely like to know, why did She move me to L-Block.

The Defendants Act And Continue to act under Color of State Law, at all times mentioned in this complaint and are being sued in their individual and Official Capacities. This camp has been operation Under ~~Illegal Provition for over~~ III. FACTS ~~14 years~~ Now and Has been the cause of numerous Inmate Deaths.

In The Month of Febuary after being unexpectedly moved to a Block deemed to be OFF Limits to movement or bed assingment of the existing Population Inmates, I was unexpectantly moved to This block. (L-Block). your Plaintiff knew non of the residents That were Living in this block. They were mostly between the ages of 20-30 years of Age. As Ive mentioned in this brief, Im 59 And Have been

(2)

Locked up now for Approximately 30 years. The feeling of being totally out of place and not wanted was overwhelming. Also being an "Old Head" or someone who is not new to the system I attempted to just stay to myself. Being a 59 year old white man in a block totally comprised of "Gang Members", And out of my comfort zone and completely out of place, it was not long before I was hearing their outward displeasure with my Just being There and why was I in "Their" block Anyway? Then came the accusations that I must be A "RAT" (An Inmate informant) Placed their to "Watch them" and report what I heard and saw. I immediately went to The Shift Commanders Office to enquire as to why I was moved into a block that was "Off Limits" to Population inmates. As Always the way at St Clair I could not get a straight Answer from none of the shift office staff. I also knew that a move like this was not facilitated for no reason and I requested to see one of the many people who carried the title of Assistant Wardens. At this time we had a total of 3 Assistants, (Specks, Brooks and unknown to me who never ventured past The G-Gate) an unneeded number of supervisors all of which can not be counted on for Any type of conversation but all make up for part of the reason the Dept. of Corrections has bankrupt this STATE. Unneeded and overpaid number of Persons assigned to do a specific function but when needed to make an important and possibly life threatening decission NON of them are ever available. If either Warden Estes or Captain Graham would have made themselves Available or directed one of the rediculous number of "Lieutenants or "Sargents to Straighten out the obvious error of moving your Plaintiff to this block that houses inmates transferred from another Institution because that institution could not handle them. In my opinion This was done intentionally to accomplish The exact results that occurred, but your Plaintiff could not possibly prove this

★ (It Should Also be Investigated as to why   (3)  St Clair has over 21 Sargents, 15 Lts And to

\* As I said at the Beginning Brother Counts 7 Captains, 21 Sargents and 15 Lieutenants. A Base No. of 22 Cols. To Many Chiefs And Not Enough Indians. but your Plaintiff will absolutely prove with the cooperation and help from this Honorable Court that St. Clair Correctional and The State of Alabama Prison System have intentionally and melisiously covered up the fact That They Have been operating and possibly been covering up the fact That for the Past 4½ years the reason They have lost the total control of The Inmates housed here, have been forced to Litterally Move the operation of the Entire Shift Office from its one time location out in Population by the Law Library and Gym to The Safty of The Breezway behind A Locked Gate and with Quick access to the emergency exits. That are used in the case of A Riot. Those same exits are also located by central control for the operation of the Doors used to Get clear of the Prison itself. This was done because of the escalation of violence and the safty of its officers and Addministrators, but absolutely Nothing has been done to Address the Growing number of serious Assaults and deaths happening because of The lack of the dwindling number of Guards of which make up Security that is Assigned to Protect Against The exact Type of incident that happened to me, your Plaintiff. The night of Febuary 15th your Plaintiff was visiously Beaten to within an inch of his life Around the face and Head with a length of solid lead water pipe. Your Honor by All Accounts I Believe that I Should have named numerous other Staff such as Two of The Assistant Wardens, Specks and Brooks, but instead of overloading the court Room with litigants I Kept it to the the main State employees direct with The operation of this rediculously under-Staffed Maximum security Prison That on the night of my Beating. Besides The now Non security Staff Hired to work in the Block Cubicles to open and Close Doors only, I was agast to find out That The Total number of actual officers working that night was 29! Over half were of Supervisory Rank!  \* A NOTE TO THE COURT:

(4)

On the night I was Attacked the animosity directed toward me was getting so bad that I had actually gone to the Shift office and told a warden specks that if He did not move me then lock me up because I was in fear for My Life. He told me to "Live with it". When I returned to L-Block I was told to "Get The Fuck on Someplace eles". Thats when I returned to the Shift office Breezway and caught Captain Graham Standing outside the Shift office, not outside the Breezway, in fact since They moved the entire operation of The Shift Commanders Office up front for "Security Purposes" Captain Graham" has not ventured on the Poputation side of The fence. She was talking to warden Brooks. I had finally Got so frustrated I Just "Blurted" out, "which one of You are goin to inform my wife her Husband has been Murdered because neither one of you has any business running a Maximum Security Prison". In other words the Quietest secrete is Alabama Dept. of Corrections can no longer Afford to employ the number of Guards it takes to safely operate a Prison of This size and Capacity so instead of taking Precausionary measures to insure the safty and well being of A Prison with a history of violence, They choose to act as if its not happening. But let it Also be Noted That The majority of The Staff wears sgt. Stripes.

After being Put off by Captain Graham yet again I returned to L-Block. When I went into my Assigned cell All of my Property was Gone including my matress. I had finally had enough I walked out to The Middle of The block and Announced "Where the Hell is all my Property"! "Which one of You got my Matress"! "What the Hell Yall take All my Stuff for?" I had Nothing of real value except The Store draw"! Let me Get my clothes and Matress back and Yall can keep the rest, But I need my DAMN Clothes"! That was all it Took. Out of the

On the night I was Brutilly Beaten. When hit in the FACE with Lead Pipe, I was also Dragged to Corner of my cell where an Inmate witness Later told me they were kicking me in the Head.

(5)

eye I saw the first of the 4 inmates that were about to attempt to Beat me litterally to death. Coming down the Stairs with no Attempt to hide the fact, I stepped to my cell I was also thinking to myself "I've never kept any type of weapon in the entire 30 years of doing time but I was sure needing something now". I've had no less then 4 major Surgeries, 3 spinal fusion and one (1) Rotator cuff repair. The only thing left in my now empty cell was my Native American Spiritual Items. I dumpted the bag on my empty rack and picked up the Largest Stone I had. I knew I was in serious trouble and absolutely "NO Rover's" Anywhere because there were not enough Guards that were working to Assign anyone to that most important Job. When I first came to Prison you couldn't turn around without tripping over one. Now, The Dept of Corrections could Hire a Low level Low Paying Job Like Cubicle Operator but NOT Fully trained Security Guards. Outside my door I could Just hear one of them say " Ya'll Knock his brains out I'm Gonna make him my "BOY"! A "BOY"! in Prison vocabulary meant I was gonna be his Homosexual "Prison wife"! I might be old and worn out but I'LL Die before I Allow Them to RAPE me! These are the most violent inmates I've seen.

They came through my door in a "Rush"! I turned and hit the Leader right between his 2 beady eyes. He sat down on the toilet. I then tried to make it through my cell door in hopes that the Cubicle Operator was not yet Asleep. As I ducked under the next Attacker who was Just swinging wildly and the last thing I consciously remember was clearing the door frame A little too late to duck under an inmate Standing next to the cell door as he swung the Steel water Pipe right at my face "Wham"

\* Also Note said witness Told me later while in Prison Infirmary That I was Extremely fortunate That after 20 min of Beating, Count Time

(6)

*(Wexford Medical Services Inc. [LIGHTS OUT] has taken over from Corizon) right square in my mouth, shattering all my front teeth. I later woke up as one of the correctional officers assigned to follow the "Life Saver" Ambulance to UAB Trama Center was Attempting to Lift me into the back of the Transport Van to take me back to St Clair. The next time I gained consciencness they were trying to lift me out and uncerimoniously drop me into an old wheel chair to push me to the Infirmary. Unconscience I was push directly to a "Segregation" hospital room and dropped in a bed with NO sheets NO Pillow and more importantly NO Blanket. All I was wearing was the Paper disposable shirt and Pants They Provide for Post Operative Patients. NO Boxers, NO T-Shirt, NO Socks, Absolutely Nothing, dropped off in a Air conditioned empty hospital room. In February! They took the surgins After Operation Instructions with (2) Perscriptions one for pain and the other an Antibiotic and as far as I know they Ate them because for the first horendice week All I received was (1) Tylenol with codine 3 times a Day and a Liquid Diet. 5 Paper cups of, All things, Pineapple Juice. After A week I was Packed up and Sent Straight to the administrative Segregation unit. No medical care proceeded whatsoever. The amazingly talented Doctors at UAB Assured me that they have an excellent Dental Department that could replace the damaged teeth Better then New, but upon returning to the Prison I was informed that "No more work would be done by UAB and further more Nobody at the Corizon medical Staff were going replace my Shattered front teeth either. Besides that I've also ~~decided~~ been experiencing sever Pain yet again to my lower back causing my Legs to go completely Numb and They start to tingle all the way down to my feet. After more then 30 minutes of Standing my Legs can No Longer support the weight of My Body. I'am Now extremely worried that this could Be a Permanent response to the Severe beating I took but after the on site Doctor, Dr. Wilson put a request in to send me out to a spine and Nerve specialist it came back "DENIED" by the New medical Corporation that took the contract over from Corizon to ~~xxxxx~~ same employees same Doctor same poor medical treatment Just a new corporation to outrun the

*was called. I was found under my Bed unconscience Bleeding (7) * Wexford Medical Services Took over from Corizon

✱ NOTE: My *^ Son also who joined operation Stupidity and Got his Legs Blown off, Left to die at home!

overwhelming litigation their unbelievable bad treatment they Provide to inmates has encurred over the course of the 30 years I've been in this never ending nightmare that the rediculous Habitual Felony act has inflicted upon me and my family. That because when I was young and Dumb I Plead Guilty to 2 Burglaries and Possession of Burglary tools in 1981. I Had Now Idea or Knowlege that if I were to be Arrested again later in life that these Class C felonies could be brought up and used to Give me A "DEATH SENTENCE" that I have come to find out is way more Agreegous then Just throwing the switch and Getting it over with. Suffering Through Decade upon Decade of watching your wife get fed up and leave, your parents Die, your* brothers and sisters seperate from you, the world changes and you stay the same. Life moves on and you don't. All thats left is the hope that the end will finally come, but it never does. Im telling you and this Honorable Court that my first Conscious thought when opening my eyes and realizing where I was and Flashing back to my last conscience Thought, was grave disappointment that the nightmare was not over and Now Im in a wose place with Pain all through my body NO TeeTh in the front of My mouth and Yet a whole new set of Problems NOT The Least of which "IM IN LockuP"! Why are the ones who did this to me still in Population!? Last I checked Assault with intent was still a crime much less a discinitary offense. "Im the VICTEM HERE"! Ive Now Got NO clothes shoes Hygeno Supplies (Toothbrush, soapdish ect.) I can't stand up for more than 30 minutes the system is saying "Tough" Go The rest of your life like that and have a nice day. They tell me "here's the Papers to Press charges on the one who hit you in the mouth with the pipe." I simply let them know that Just because I Appear to be a toothless uneducated "Hillbilly", now, that doesn't mean that I am one. You people know and your hoping ILL make the mistake and actually sign that warrent, that my life wont Be squat.   (8) After that, They know it,

✱ Profusly.

for one would then not only Lable me as an informant it would also incure a "hit" to be put out on me throughout The Alabama Prison system because I had turned States evidence on a Blood GANG member. Your Honor, I know you've been out riding in the car and pass a pasture full of Dumb cows, happily chewing their cud and watching the cars go by? Thats who They remind me of. Thats who Keeping me locked up in This Prison? And They Get to Go home at the end of the day. They really are not that stupid your Honor they really are just seeing if I'll be stupid enough to Sign my own death warrent. But They also know that that would Give them cause to keep me Locked up in this unforgiving swelter-hot with no air to Breath segregation unit from now untill I die basically. Just like that Joke of a segregation board told me Just Last week "well Mr Archer, we can't let you out to population at this time untill we figure out who all are your Enemies"! Just Just like that its already started and They know as well as I do that the Perpertrators who very nearly allowed me to EOS. my time and be at Peace, are already calling around St. Clair to see if I'm out of Lockup and have I pressed charges. So far alls right with twisted way of reasoning long as I keep my mouth shut I'll be allowed to exist in Their world. Its certainly not mine and if God is willing and The federal Judge reviewing my 2254 continues to Give me Hope maybe all this happened for a reason. That beautiful and Loyal wife of mine would Greatly Appreciate The compensatory relief. I'd Like nothing more than to Think through my Pain and suffering She would Greatly benifit from it and finally Put an end to to BLACK hole all my former Legal expenses has caused her. If my physical pain and suffering is the cause for her to have Just a little relief for all her years of Dedication, Then I'll consider it a win. All the following were stolen and I expect to

The DAMAGES I seek Are Clothes (State whites) underwear T-Shirts, All my Lost Nygene Deoderant, Cocoa Butter Lotion 1-Radio AAA Batteries, Bic Pen, Large Envelopes Shampoo, Dial Soap, Colgate Toothbrush, Razors, Shower Slides

(9)

## IV. EXHAUSTION OF LEGAL REMEDIES

The issue as serious as being assaulted and Battered has NO Grievance Proceedure accept The one your Plantiff is chosen to Pursue is approbriate for being beaten nearly to death. Being rushed to UAB Trama Unit for emergency surgery and then spending the Past 5 months in Segregation classified as "PROTECTIVE CUSTODY" is certainly NOT a Grievous situation, it is a criminal act only satisfied By Prosecution. Since This is NOT an option because of the extenuating circumstances behind the GRAVITY of The situation The only remidy is to charge the ones who actually showed a Deliberate Indifference to start the chain of events in motion culminating in your Plaintill Being grievously beaten into an unconscience State very nearly causing the DEATH of Plaintiff. If not for The expert dedicated work of the Crew of the "LifeSaver" Ambulance and quick desissive work on the part of The UAB emergency Surgin on call that night There is a very good chance Plaintiff would not be addressing This Honorable court at this time. Even if Plaintiffs issue was not serious as it actually is the STATE of Alabama's Prison System no longer has a Grievence System of any Kind being that the Prisoners have flooded it so completely instead of dealing with it the Prison Commissioner Canceled it. There is no longer a Grievence System available to The Inmates of Alabama.

## V. LEGAL CLAIMS

The Assault and Battery of your Plaintill through deliberate Indifference by the defendants lack of perspective for properly performing their duties as the Warden and Captain of Security violated Plaintiff Mark David Archa's rights an constituted a violation of his Constitutional Rights Afforded to him by The Bill of Rights and Amendments To The U.S. Constitution. UNDER 42 USC Section 1983 Under Color of STATE LAW. of The rights secured By The Constitution of The UNITED STATES. The The Court Has Jurisdiction under 28 Section 1331 and 1343 (a)(3)

(10)

(pg 11) **PRAYER FOR RELIEF:**

The Plaintiff Respectfully Prays That this Court Review The Facts That The Department Of Corrections, St. Clair C.F. specifically located in Springville Alabama have been Operating A highly Dangerous maximum Security Prison with Less Then Adequate Security. Over the Past 4 years Officers from other Camps Refuse To work a Shift here. The C.E.R.T. (Certified, Emergency, Riot Team) Has, for The past Year have been dispatched to This Camp for an Emergency "Lock Down". Over 15 incidents. Even The manditory Officers, Sgts and Lieutenants, Captains, Wardens Are forced To Not only Run Population, but Have to feed The Segregation Inmates. Subpena all The Roster and Post sign in Sheets for Just The week of February 6th - 18th? Deliberate Indifference, Negligence, Assault and Battery on your Plaintiff all Because Alabama cannot Get Enough Guards To Safly And Sufficiently Run This Prison Properly. Now, your Plaintiff Has NO Front Teeth. My Back and Spine are Damaged to The point of Disability. Even After All The Lies I Listened To including actually when They HAD To carry me back To UAB To Have all The Wires and Hardware removed as well as Two (2) more of my Teeth, The Asian Doctor was Trying To Convince me That UAB Would Completely Replace my Teeth My 2 esscort Guards Laughed. I Request This Honorable Court Grant an Immediate Order To Have your Plaintiff on medical runs To The very Same Competent Doctors who Performed The Original Surgeries To Correct My Spinal Problems By Doctors Pierce And Franklin at The Brookwood Brain and Spine Specialist.

Your Honor EvE if They would Re'ase your Plaintiff Back To population, The pain, again is To The Point where I'm Now worried I've Been Permenently Damaged. Its Gotten To The point That When I Stand up, My Legs Go Numb and Burn so bad, I'm forced To Lay Back Down. Doctors Pierce and Franklin Performed The original Fusion Surgeries (2). I've filled out Numerous Requests to be Seen By The Prison Doctor and Been DENIED, And Just Left To Suffer. The Prison Staff simply ignor my repeated Appeals for HELP! Your Plaintiff after being refered to The STATE Dentist To repair my missing Teeth, I was NOT only Denied But Had To Listen To The Staff Call me A "Hillbilly" and Now I fit in with The rest of The "Red Neck NO Teeth white Boys". Another immediate order to The ST Clair Staff To again medical Run your Plaintiff To The Exact Same UAB Surgical Staff that NOT only Saved my Life on That Brutal Night But Have probably The Best Dental Staff for Tooth Implant Surgery in The STATE. Also see Estelle, 429 U.S. at 104, Jett & Penner 439 F.3d 1091, 1096 (9th Circuit 2006) Under Normal Conditions I've Been under cronic Pain care for 15 years. So why Now after Being Brutally Kicked and Beaten all my pain medication has Been "Discontinued". The Prison officials Have Been Aware of my Deterierating Condition for 20 years. Now They are Deliberately Hiding me in "Protective Custody

They not only are failing to respond, the Nurses Refuse me treatment and tell me verbally I've been denied. They realize I've kept meticulous records of my spinal problems and complaints for years. I'd say your Honor that cruel and unusual punishment meets this standard nicely. All concerned are acting under color of State and federal Law. Your Honor, your Plaintiff has also filed the regulated "Property Loss Claims" in Montgomery. "Denied." I'll ask this court to make order to replace all my property that was stolen or just thrown away. Your Honor, I'm not trying and never would disrespect this serious a situation, But I also make no haste to go back to population because your Plaintiff Litterally "Owns Nothing." My entire property sheet is so insignificant nobody bothered to catalog 2-Boxers, 1 sock, 3-T-shirts, A toothbrush, A coffee cup and thats it. They, (The Gang members) not only through away or Disgarded all my belongings, they threw my legal work in a dumpster (later returned). But the very most Disrespectful act they committed was to Disgard a mere Life Times collection of my Native American Spiritual Item. I am a Documented Believer in the Lakota Sioux Spiritual Belief. I've been told

Through Prison worker right after The Guards finally found my unconscious, bloodied body at "Count Time". The Gang where smoking Marjiuana in my Grandfathers 'Prayer Pipe'. Its like losing a loved one. Since I was a small boy, I took to the belief of a simpler way. Much to my Lutheren Mothers dismay. My medicine bag, Gone! Eagle Feather collection, my Red Tail Hawk feathers, Hundreds of Dollars in Simi Pecrious Stone Bead Necklesses, Turquoise, Bracelets Gone, And To Think as I Returned To an empty Cell after evening meal to discover the property theft, The only thing, literally left under the bed were my Spiritual Prayer and Worship Items. The "Creator" Stone, about the size of a fist, was what I was holding in my hand, for Protection. The very last thought I had, as these "Thugs" were coming in my cell was, "If I don't make it to the Day Space, were posibly The "Cubicle Operater" may see Im In Trouble and call Somebody! As Ike repeated before "NO Rover's" are on Post at St Clair anymore, Thats because "They Too" Are Affraid to be caught up In the wrong Block at the ~~were~~ wrong Time! For some reason our Creator Still Requires my spirit To Live, I Though am wondering why. May this Honorable Court Deem what Just and Fair under the Tort- Claims

Act by 28 USC Section 1346 ~~the~~ your Plaintiff is asking for A Verdict In His favor And Award Compensitory Damages As Well as Punitive Damages an example could be Held in Smith v Wade 461 US 30 (1983). Another example could be held in Sigger-L v Barrlow 433 F Supp. 2d 811 (ED michigan 2006). I Repeatedly Warned All the Defendants That What Happened To me was inevitable, and Could Have Easily Been Avoided. The Deliberate Indifference was all To Obvious and The Excessive force Proves itself Easily thru UAB Emergency Trama Records. Your Plaintiff Has No Witness I Would Deem credible by The Courts. And There Just Simply Wasn't ANY Guards STanding or Patrolling a Post. The Defendants, I'm Sure will all claim That They Were NOT Aware of my problem or will Just Do what I even seen During My own Criminal Trial. Officers of The Court, from Patrol officers To Asst. District Attorney Get on The stand are confident That The Plaintiff Has NOT Shown one credible rebuttle witness And STRAIGHT LIE Through ~~them~~ Their Teeth. So, I Leave my Complaint In your Capable Hands. ~~If your Honor~~ could sneak up and Confiscate All The Employee Roster Rotations, The UAB Trama Team And The Doctors of Brookwood Brain & Spinal Surgery. My complaint will Prove itself.

Mark Archer 158999
1000 St Clair Rd D-6
Springville, AL 35746

Legal
Mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

SECURITY

AUG 27 2018
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

United States District Court
Northern District
Hugo L. Black Courthouse Room 140
Birmingham, AL 35203