FILED
2020 Feb-19 AM 09:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

MARK DAVID ARCHER, )
)
    Plaintiff, )
)
v. ) Case No. 4:18-cv-01368-CLM-SGC
)
DEWAYNE ESTES, et al., )
)
    Defendants. )

## MEMORANDUM OPINION

On September 24, 2019, the magistrate judge entered a report recommending the plaintiff's request for nominal damages be denied, his motion for voluntary dismissal be granted, and this action be dismissed without prejudice. (Doc. 26). Although the plaintiff was advised of his right to file specific written objections within fourteen days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED**, and the recommendation is **ACCEPTED**. The plaintiff's request for nominal damages is **DENIED**. The plaintiff's motion for voluntary dismissal (Doc. 25) is **GRANTED**, and therefore, this action is due to be dismissed without prejudice. A final judgment will be entered.

The Clerk is **DIRECTED** to serve a copy of this order and a copy of the accompanying final judgment on the plaintiff.

**DONE** and **ORDERED** this 19th day of February, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE